**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES FO THE UNITE
HERE NATIONAL RETIREMENT FUND,
        Plaintiff(s),

JUDGE BERMAN
Index No. 07 CV 6967

-against-
RUFFOLO BROS., INC.,
        Defendant(s).

AFFIDAVIT OF SERVICE

-----------------------------------------------------------X
STATE OF NEW YORK   )
            S.S.:
COUNTY OF NEW YORK)

       OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 10th day of August 2007, at approximately 11:39 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JUDGES' RULES** upon Ruffolo Bros., Inc. at 530 7th Avenue, 12th Floor, New York, NY 1018, by personally delivering and leaving the same with Bibi Thompson, Bookkeeper, who informed deponent that she is an agent authorized by appointment to receive service at that address.

       Bibi Thompson is a black female, approximately 49 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 155 pounds with red hair and brown eyes.

_/s/ Otis Osborne_
OTIS OSBORNE #870139

Sworn to before me this
14th day of August, 2007

_/s/ Jonathan T. Ripps_
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com