**MEMO ENDORSED**

△ UNITE HERE Fund Administrators UNITE HERE Fund Administrators, Inc.

*An Affiliate of Amalgamated Life*

September 13, 2007

730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710



RECEIVED
SEP 13 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**BY HAND**

Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Trustees of the UNITE HERE National Health Fund, et al.
             - v. – Ruffolo Bros., Inc. - 07 Civ. 6967 (RMB)

Dear Judge Berman:

      We represent the plaintiffs in the above-referenced action to collect delinquent contributions pursuant to Section 515 of ERISA. For the following reasons, we are writing to respectfully request an adjournment of the initial pretrial conference currently scheduled in the action for September 14, 2007 at 10:00 A.M. This is the first such adjournment request. Plaintiffs make this request for the following reasons.

      The action was commenced on August 3, 2007, and the summons and complaint was served on defendant on August 10, 2007. To date, defendant has not filed an answer, moved or otherwise responded to the summons and complaint. On September 12, 2007 the Clerk of the Court issued a Clerk's Certificate of default as to defendant. (Copy enclosed).

      Plaintiffs anticipate filing an Order to Show Cause for Default Judgment with the Court during the next two weeks.

      Given that Defendant has failed to file an answer, move or otherwise respond, and that the Clerk of the Court has issued a Certificate of Default, and in the interests of judicial economy, plaintiffs respectfully request that the Court adjourn the September 14 conference and permit plaintiffs time to file their application for a default judgment.

      The Court's considerations are appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

Enclosure
cc:    Ruffolo Bros., Inc. (By Overnight Mail)

---

**THE CONFERENCE IS ADJOURNED UNTIL 10/1/07 AT 10:00 A.M.**

**SO ORDERED:**
**Date: 9/13/07**    *Richard M. Berman*
**Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/07

515