UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE TRUSTEES OF THE UNITE HERE
NATIONAL HEALTH FUND and THE TRUSTEES
OF THE UNITE HERE NATIONAL RETIREMENT
FUND,
        Plaintiff(s),
  -against-
RUFFOLO BROS. INC.,
        Defendant(s).
-----------------------------------------------------------X

Index No. 07 CIV. 6967(RMB)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                            S.S.:
COUNTY OF NEW YORK)

        DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 1st day of October 2007, at approximately 3:31 p.m., deponent served a true copy of the **ORDER TO SHOW CAUSE, together with the papers upon which it is based** upon Ruffolo Bros., Inc. at 530 7th Avenue, New York, NY 10018, by personally delivering and leaving the same with Bebi Thompson, Secretary, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Bebi Thompson is an Asian female, approximately 50 years of age, stands approximately 5 feet 4 inches tall and weighs approximately 130 pounds with black hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
3rd day of October, 2007

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010