UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
          Plaintiffs,

and

RUFFOLO BROS., INC.,
          Defendant.

**AFFIDAVIT OF SERVICE**
**07 Civ. 6967 (RMB)**

STATE OF NEW YORK   )
                               ) ss.
County of New York    )

Annie Habeeb, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the County of Suffolk, New York 11788.

2. On November 1, 2007 I served the Defendant herein with a copy of the Default Judgment, by causing a true copy of said Motion papers to be addressed to the Respondent at 530 7th Avenue, 12th Floor, New York, New York 10018 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 4438 and regular mail.

                                                           Annie Habeeb

Sworn to, before me, this
1st day of November 2007

ARMAND SPILOTROS
Notary Public, State of New York
No. 01SP4839358
Qualified in Queens County
Commission expires July 31, 2009